UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                              Criminal No. 14-116 (JNE/JJG)
                                              ORDER

Anthony Morrison,

        Defendant.

In a Report and Recommendation dated July 8, 2014, the Honorable Jeanne J. Graham, United States Magistrate Judge, recommended that Defendant's motions to suppress be denied. No objection to the Report and Recommendation has been made. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 33].

Therefore, IT IS ORDERED THAT:

    1.    Defendant's Motion to Suppress Confessions, Admissions or Statements Made in the Nature of Confessions [Docket No. 22] is DENIED.

    2.    Defendant's Motion to Suppress Evidence Obtained through Illegal Search [Docket No. 23] is DENIED.

Dated: July 28, 2014

                                                        s/Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge