# CASCARANO LAW OFFICE
*Attorney at Law*

SUITE 3260
150 SOUTH FIFTH STREET
MINNEAPOLIS, MINNESOTA 55402

CRAIG E. CASCARANO

(612) 333-6603
FAX (612) 333-5015

February 20, 2015

Leah D. Heino
U.S. Probation Officer
300 South Fourth Street, Suite 406
Minneapolis, MN  55415

RE:   United State of America v. Anthony Morrison
      Case No. 14-CR-00116 (JNE/JJG)

Dear Ms. Heino:

    Please be advised the above-entitled Defendant hereby objects to the probation office calculation of Mr. Morrison being a career offender. Although the three predicate offenses are titled as crimes which would at first blush qualify him as a career offender, further review of the facts therein establish that he was resisting arrest and the drug offenses are simple possessions.

    I should also indicate that I acknowledge receipt of the police reports received by your office outlining the facts in the above-entitled matter. Counsel for the above-entitled Defendant is still waiting for further documentation from Cook County regarding the predicate offenses.

Respectfully submitted,

s/Craig E. Cascarano
Craig E. Cascarano

CEC/dlc