# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3642

United States of America

Appellee

v.

Anthony Morrison

Appellant

_____

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:14-cr-00116-JNE-1)
_____

**MANDATE**

In accordance with the judgment of 04/13/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 03, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit